Traylor Engineering Company, Respondent, v. Pioneer Iron Works, Appellant. — Judgment affirmed, with costs. No opinion.

Morris & Cumings Dredging Company, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion.

Lloyd B. Haworth, Appellant, v. The Engineer Company, Respondent, Impleaded with John J. Crowley.— Judgment modified by striking therefrom the words "upon the merits," and as so modified affirmed, without costs. No opinion.

George H. Tousey, Respondent, v. Oscar B. Bergstrom, Appellant.— Judgment and order affirmed, with costs. No opinion.

Albert S. Bard and Leighton Calkins, Composing the Firm of Bard & Calkins, Appellants, v. Herbert N. Fell and T. Reid Fell, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

H. G. Vogel Company, Appellant, v. Lockport Glass Company, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Decauville Automobile Company, Appellant, v. Metropolitan Bank, Respondent.— Motion to dismiss denied; order affirmed, with ten dollars costs and disbursements. No opinion.

Edward Fox, as Administrator, etc., of Patrick Fox, Deceased, Appellant, v. Francis Higgins, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Trust Company of New York, Respondent, v. Universal Talking Machine Company and Universal Talking Machine Manufacturing Company, Appellants, Impleaded with George H. Robinson and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

James Wilson, Respondent, v. The Central Insurance Company, Limited, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Michael J. O'Brien, Plaintiff, v. New York Butchers. Dressed Meat Company, Respondent, Impleaded with The Vilter Manufacturing Company, Appellant, and Francis M. Madden.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Herman Milgrim, Appellant, for an Order to Vacate and Set Aside a Forfeiture. The People of the State of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles R. Dumont, Respondent, v. James H. Mansfield and Others, Impleaded with Charles A. Morse, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Marie T. Dunn, as Executrix, etc., of James A. Dunn, Deceased, Respondent, v. George M. Dunn, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Mary Urbach v. John E. Pye.— Motion denied on condition that appellant be ready for February term.